UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No.  1:18-cr-85-SEB-MJD |
| DAVID REED, | ) ) | - 01 |
| Defendant. | ) ) ) | |

**REPORT AND RECOMMENDATION**

On April 12, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on March 25, 2024.  Defendant appeared in person with his appointed counsel Leslie Wine.  The government appeared by Cristina Caraballo-Colon, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Justin Meier.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1.  [Docket No. 98.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."** |

        On March 14, 2024, Mr. Reed was arrested by the Indianapolis Metropolitan Police Department (IMPD). Charges were formally filed in the Marion County, Indiana, Superior Court under cause number 49D23-2403-F6-007777. Mr. Reed was charged with the following:
I: Intimidation, felony
II: Criminal Recklessness, felony
III: Criminal Mischief, misdemeanor

4. The parties stipulated that:

    (a)    The highest grade of violation is a Grade A violation.

    (b)    Defendant's criminal history category is VI.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 24 months' imprisonment.

5. The parties jointly recommended a sentence of 22 months. Defendant requested placement at Marion, IL as well as placement in RDAP.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 22 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at Marion, IL as well as placement in RDAP. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 4/15/2024

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system